**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

March 6, 2026

<u>By ECF and Email</u>
The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Jon Consiglio</u>, 26-CR-28 (DG)

Dear Judge Kaminsky:

    In further support of Mr. Consiglio's pending bail motion, enclosed please find a letter of support from Mr. Consiglio's wife, who is prepared to sign the bond as a third party custodian.

                       Respectfully Submitted,

                       /s/
                       Samuel Jacobson
                       Assistant Federal Defender

cc:    all counsel of record (by ECF)

Your Honor,

My name is Brittany Consiglio and I am writing regarding my husband, Jon Consiglio, who is currently in custody. I want to acknowledge clearly that the charges he is facing are extremely serious, and I fully understand the gravity of the situation. I am not asking the Court to overlook or minimize the nature of the allegations in any way.

I am respectfully requesting that the Court consider granting him a bond with any conditions you find appropriate and necessary.

I am concerned about my husband's mental health and believe he would benefit from being in an environment where he can receive proper support and maintain consistency with any recommended treatment. If released, I am prepared to help ensure he follows all mental-health requirements and any supervision or restrictions imposed by the Court. I am also fully prepared to sign the bond as a third party custodian and report any violations to the Court and Pretrial Services.

He has strong ties to his home and community and does not pose a flight risk. I am simply requesting that he be allowed to await further proceedings under structured and supervised release.

Thank you, Your Honor, for your time and consideration. I respect the Court and trust your judgment in this matter.

Respectfully,
Brittany Consiglio